JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 25-5321-DMG (ASx) | Date | October 23, 2025 |
|---|---|---|---|
| Title | *Natalie Martin v. Equifax Information Services, LLC, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.'S JOINT STIPULATION OF DISMISSAL [45]**

Pursuant to the Parties' Joint Stipulation of Dismissal Without Prejudice as to Defendant Experian Information Solutions Inc. ("Experian") [Doc. # 45], the Court **DISMISSES** Plaintiff Natalie Martin's claims against Experian **without prejudice**. The parties to this stipulation will bear their own attorneys' fees and costs.

Because Experian was the last remaining defendant, this action is **DISMISSED without prejudice**. Plaintiff's motion to strike the Answer is **DENIED as moot** and the hearing set for October 31, 2025 is **VACATED**. [Doc. ## 37, 43.]

**IT IS SO ORDERED.**